# VERIFICATION

STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

Kenneth Pund, being first duly sworn, deposes and states as follows:

1. My name is Kenneth Pund. I am making this Verification on personal knowledge.

2. I am familiar with the facts referred to in my Complaint, I have read the allegations and facts contained in my Complaint and the facts and allegations are true to the best of my knowledge.

3. If the requested injunction is not entered immediately, I will suffer irreparable injury, loss and damage.

THE DEPONENT SAYS NOTHING FURTHER.

_____
Kenneth Pund

SWORN BEFORE ME this 4th day of May, 2016.

_____
Notary Public

**GARY F. WERNER**
Notary Public
In and for the State of Ohio
My Commission Has No Expiration
Attorney at Law