On Wednesday, March 16, 2016 4:42 PM, Peggy Zelasko <pzelasko@bedfordoh.gov> wrote:

Brenda,

You need rental inspections at the time of tenant change.  You need a point of sale inspection prior to any title transfer

Peggy Zelasko
Bedford Building Department
440.735.6534

**From:** Brenda Pund [mailto:garden3@sbcglobal.net]
**Sent:** Wednesday, March 16, 2016 3:38 PM
**To:** Peggy Zelasko <pzelasko@bedfordoh.gov>
**Subject:** Re: Rental inspections - 175 Charles and 91 Solon

Peggy,

Thank you for your response.  I have new tenants moving into 144 Center Road up & down and 91 Solon Apt. 4 in mid-April.   Do I need to have inspections on those?  Also, what about that pre-sale inspection that I asked about?  (I'm not putting that house up on the market, since the tenants are just buying it directly from me).

Thank you,

Ken Pund

On Friday, March 11, 2016 5:02 PM, Peggy Zelasko <pzelasko@bedfordoh.gov> wrote:

Ken,
We inspected 175 Columbus #2 - 1/23/14 – this is due for a 2 year. 175 Columbus #3 was inspected 9/21/15 – no need to inspect at this time.  91 Solon Rd. #1 was inspected 10/21/13 and I have no record of inspecting 91 Solon Rd. #3.
Also attached is the ordinance you requested.

Peggy Zelasko
Bedford Building Department
440.735.6534

EXHIBIT C