# Point of Sale Checklist          (Revised July 19th, 2010)

Address: _____          Date: _____

**NOTE: The water, gas and/or electrical services were off at the time of inspection.  A re-inspection at a later date may be required to inspect these items.**

**NOTE: The sidewalks, driveway, yards, porches and/or roofs were covered with snow on the date of the inspection.  A re-inspection SHALL BE required to look at these things at a later date.**

## REQUIRED MAINTENANCE ITEMS:
\_\_\_\_\_Remove all trash, rubbish, garbage or debris on property, especially _____.
\_\_\_\_\_Remove all unused, unlicensed or inoperable motor vehicles.
\_\_\_\_\_All siding must be present, in good condition and properly painted.  Repaint the house or install new, vinyl siding throughout.
\_\_\_\_\_All wood trims, fascia, and soffits must be properly maintained and painted or covered with aluminum break-metal.
\_\_\_\_\_All porches must be properly maintained and painted and equipped with handrails if more than 30" high.  Make all necessary repairs to the (front) (rear) (side) porch accordingly.  Stain/paint the porch assembly.
\_\_\_\_\_Roofs must be free of holes, deterioration, leaks or missing shingles and be structurally sound.  Remove the existing roofing shingles and install a new roof on the dwelling (and adjacent garage).  Use Ice and water Shield where required. Make all necessary repairs to the existing roof.  Materials used for repairs must match the existing in type, quality and color.
\_\_\_\_\_Fences must be plumb, structurally sound, free of deterioration, and painted.  Repair fence accordingly.
\_\_\_\_\_Tuck-point the foundation masonry and repaint to match existing.
\_\_\_\_\_Tuck-point or completely reconstruct (the chimney) (the chimney above the roof line).  Repaint to match existing if applicable.  Only masonry mortar materials may be used to tuck-point brick masonry (no caulking), and the <u>mortar color must match the existing mortar</u>.  Gray mortar MAY NOT be acceptable.

## GARAGE:
\_\_\_\_\_Scrape and paint the entire garage or install new vinyl siding on garage.
\_\_\_\_\_Roofs must be free of holes, deterioration or leakage.  (Repair) (Completely replace) the garage roof.
\_\_\_\_\_Exterior walls and trim materials must be painted and in good repair.  Scrape and repaint the garage.
\_\_\_\_\_Scrape and paint or completely replace the overhead door.  Repair windows in the overhead door.
\_\_\_\_\_Replace the overhead door with a new door.

## PARKING LOTS, DRIVEWAYS, SIDEWALKS, AND STAIRS:
\_\_\_\_\_Replace (the entire drive apron) (the upper half) (the lower half) of the driveway apron.  Aprons must be replaced with reinforced concrete in the minimum thickness of 6-inches for residential property and 8-inches for commercial property.  Asphalt aprons shall not be approved.  NOTE:  If the curb is broken or missing, either in whole or in part, in the apron area, then the curb will have to be replaced or repaired along with the apron work.  New curb sections must be excavated to a depth of 18-inches and must be dowelled in to adjacent curb sections.  Call the Building Department for more direction on this work.
\_\_\_\_\_Replace _____ squares (approx. \_\_\_ square feet) of public sidewalk.  Public sidewalk must be constructed of reinforced concrete in the minimum thickness of 4-inches, except in the driveway area the minimum thickness shall be the same thickness as the apron.

## EXTERIOR ITEMS:
\_\_\_\_\_Clean, repair or replace all gutters and downspouts.
\_\_\_\_\_All masonry (block, brick, etc. – chimneys, foundations, brick steps, brick fronts, veneers, etc) must be in good, sound condition with no loose or missing brick, block or mortar.  Replacement materials, including mortar colors, must match the originals in nature, texture, color and style.  Caulking may not be used to replace masonry mortar.  Tuck point all masonry accordingly.
\_\_\_\_\_All windows must be intact, operable, glazing putty in good condition and painted.  Replace all missing screens.
\_\_\_\_\_Replace all obsolete windows with new, energy-efficient replacement windows.
\_\_\_\_\_Completely remove and reconstruct the (front) (rear) (side) porch with new, weather-resistant materials.

EXHIBIT D

_____All doors must open and close properly.  Repair or replace the _____ door accordingly.
_____All exterior light fixtures must be properly maintained and operate normally.
_____All exterior receptacles must be GFCI protected and weather-proof.
_____All stairs/steps must be sound, free of cracked or loose sections and equipped with handrails.
_____Remove the dead tree, including the stump, [Remove the tree stumps] in the (front) (side) (read) yard.
_____Repair the damage to the (tree lawn) (front lawn) (rear lawn) using top soil if necessary and seed the area.
_____Replace the (front) (side) (rear) exterior door and frame with a new door assembly.
_____Trim all trees, bushes and/or shrubbery on the property, especially _____.
_____Cut and maintain the grass on a regular interval on this property.
_____(Remove) (replace) the landscape timbers on the (front) (side) (rear) of the house.

# GENERAL GARAGE ITEMS:
_____Exterior walls must be free of cracks, holes, damaged or missing siding, damaged or missing trims.
_____All electrical outlets in walls must be GFCI protected (except freezers).
_____Electrical wiring in walls must be in conduit or otherwise covered with a wood or drywall panel.
_____Electrical outlets for overhead door opener must be grounded and within 3'0" from opener.
_____Floors must be concrete material and be free of serious or misaligned cracks.  Replace the garage floor.
_____Scrape and paint the door, window and/or roof trims on this garage.
_____Make all necessary repairs to the garage window(s) and related frames and trims.

# PARKING LOTS, DRIVEWAYS, SIDEWALKS, AND STAIRS:
_____Remove and replace ____squares (approx. _____ square feet) of driveway concrete.  Driveway concrete shall be a minimum of 4-inches in thickness.
_____All gravel driveways and parking areas shall be paved with asphalt or concrete material (hard surfaced).
_____Replace _____squares of (front)  (rear)  (side) service/entry sidewalk.  Service walks shall be a minimum of 4-inches in thickness.
_____Level _____ squares of public sidewalk.  Level _____ squares of (front) (rear) (side) service sidewalk.
_____Level _____ squares of driveway concrete.
_____Remove and replace selected areas of broken or deteriorated asphalt drive as directed.
_____Remove and replace the broken or deteriorated (asphalt drive)  (asphalt parking area) as directed.
_____Replace missing sections of the concrete curb when performing apron repair or replacement.

**NOTE:**  Reinforced concrete may be installed with either 6 X 6 #10 welded wire fabric or with fiber mesh.
**NOTE:**  Asphalt paving shall be installed in two layers of a minimum thickness of 2 ½ -inches and 1-inch respectively.

# GENERAL ELECTRICAL ITEMS:
_____The panel must be grounded to the street side of water meter with #4 solid copper wire.
_____60 Amp services are no longer approved, nor are segmented boxes.  Install a 100-Amp panel and consolidate all other panels/disconnects into the new panel.
_____Knob and Tube wiring must be in its original condition.  Knob and Tube wiring that has been tampered with must be removed and upgraded to non-metallic sheathed cable (Romex).
_____Any holes in the panel from missing breaker knock-outs, etc. must be plugged with correct appliance.
_____All wires entering main panel must have the correct connectors.
_____Breaker and fuses must be the correct size for the gauge of the wiring on each circuit. Fuses cannot be larger than 20amp (#12wire); 15amp (#14 wire) – All knob/tube systems (15amp).
_____All circuits in the main fuse panel must be identified/labeled on the panel cover or next to breaker/fuses.
_____All unused or defective electrical fixtures or equipment must be completely removed throughout.
_____All taps and splices must be enclosed in work box with correct cover.
_____A bonding jumper wire (#4 solid copper) must be installed from hot to cold and gas line at the hot water tank.
_____All lights, outlets and switches must operate properly.  Electrical devices may not be painted.
_____Exposed wiring must be properly secured. Wiring in open stud walls is not permitted.
_____Extension cords are permitted only for temporary uses.  Remove cords used as permanent wiring.

2

_____All basement receptacles must be GFCI protected, except sump, laundry, freezer, furnace (they are to be grounded only).

## GENERAL PLUMBING ITEMS:
_____Hot water tanks must be equipped with dielectric nipples or unions at water inlets and outlets.
_____Hot water tanks must be equipped with T & P relief valve with ¾" copper or galvanized discharge piping terminating 2" – 6" from floor.
_____Hot water tanks must be equipped with a listed ¼-turn gas shut-off valve and dirt leg on gas line.  Replace the gas valve at the hot water tank.  Install a dirt leg on the gas piping to the hot water tank.
_____Hot water tanks must be equipped with correct size and gauge exhaust flue piping sealed tightly @ chimney.
_____Add a vacuum breaker at <u>all faucets with threaded hose connections</u> such as laundry tub and hose bibs.

## GENERAL HVAC ITEMS:
_____Furnace must be clean and in serviceable condition and generally free of rust and corrosion.  Have the furnace cleaned and serviced by a qualified technician.  <u>Or</u> Replace the furnace with a new appliance.
_____Replace the obsolete gas valve at the (furnace) (hot water tank) with the correct ¼-turn gas shut-off valve.
_____Install a dirt leg on the gas line to the (furnace) (hot water tank).
_____Replace the flue piping at the (furnace) (hot water tank) with the correct size and gauge exhaust flue piping.
_____Insure that the flue piping from the furnace and hot water tank is sealed tightly @ chimney.
_____The electrical feed wiring to the (furnace) (hot water tank) must be encased in conduit.

## BASEMENT ITEMS:
_____Clean and disinfect the basement.
_____Install a handrail on the basement stairs.
_____A smoke detector is required:   Battery type for finished ceiling, or 110 v. type for open joist ceiling.
_____The basement floor must be concrete, in good general condition and free of hazards/serious cracks.  Repair or replace the basement floor as needed.
_____Tuck-point the mortar joints in the basement walls as needed.  Repair all wall cracks.
_____Walls must be free of moisture, mold, mildew, etc.  Find causes of moisture and correct.  Disinfect the basement as needed.
_____Scrape and paint the basement walls with block-filler paint.
_____All basement windows must be weather-tight, free of broken glass, glazing putty in good condition and equipped with working window locks. All wood frames and sash must be free of decay, splits, deflection and properly painted.  Make repairs to windows as required.
_____Replace the basement windows with new, vented glass block assemblies.
_____Replace the basement door to the exterior with a new exterior door assembly.
_____Replace the door from the first floor to the basement with a new door/frame assembly.

## KITCHEN ITEMS:
_____Flooring must be sanitary and water-tight.  Carpeting is not permitted.  Install new floor tile in the kitchen.
_____GFCI-protected electrical outlets must be present on both sides of the sink. Install an additional outlet on the (left) (right) side of the sink.
_____All plumbing fixtures must be in good working condition and free of leaks.  Find cause of leaks in the (water) (drain) piping and correct.
_____Walls and ceiling surfaces must be free of cracks and properly painted.  Patch and paint as needed.
_____Clean, repair and disinfect the kitchen cabinets.
_____Replace the dilapidated kitchen cabinets.
_____Install new flexible gas connectors behind the stove.
_____Install a new gas valve on the stove supply line.
_____Add GFCI protection to all kitchen countertop outlets.

## BATH ITEMS:
_____Bathrooms must be equipped with at least one GFCI outlet.  Install an outlet adjacent to the bathroom sink.
_____Bathrooms must be equipped with a window or an exhaust fan.  Install an exhaust fan.

_____Outlets in light fixtures or medicine cabinets must be disconnected.
_____Flooring must be smooth and water-tight. Carpeting is not permitted.  Remove the carpeting.  Install a new tile floor.
_____Showers and tubs must have water repellant walls.  Seal all gaps between tub/floor or tub/wall.
_____Install a new watertight enclosure around the tub & shower unit after making necessary repairs to walls.
_____Repair the tub surround to make it sanitary and water tight.
_____All plumbing fixtures must be in good working order and free of leaks and defects.  Repair the leaking water piping/faucets.
Repair the leaking drain lines.
_____Wall and ceiling surfaces must be free of cracks and properly painted.  Patch and repaint the bathroom walls/ceilings.
_____Re-install the (tub spigot) (tub faucets) to be tight against and flush with the waterproof wall of the tub or shower.
_____Properly install the (lavatory) (tub) drain assembly.

## BATH ITEMS:

_____Bathrooms must be equipped with at least one GFCI outlet.  Install an outlet adjacent to the bathroom sink.
_____Bathrooms must be equipped with a window or an exhaust fan.  Install an exhaust fan.
_____Outlets in light fixtures or medicine cabinets must be disconnected.
_____Flooring must be smooth and water-tight. Carpeting is not permitted.  Install a new tile floor.
_____Showers and tubs must have water repellant walls.  Seal all gaps between tub/floor or tub/wall.
_____Install a new watertight enclosure around the tub & shower unit after making necessary repairs to walls.
_____Repair the tub surround to make it sanitary and water tight.
_____All plumbing fixtures must be in good working order and free of leaks and defects.  Repair the leaking water piping/faucets.
Repair the leaking drain lines.
_____Wall and ceiling surfaces must be free of cracks and properly painted.  Patch and repaint the bathroom walls/ceilings.
_____Re-install the (tub spigot) (tub faucets) to be tight against and flush with the waterproof wall of the tub or shower.
_____Properly install the (lavatory) (tub) drain assembly.

## INTERIOR ITEMS:

_____Patch all cracks, holes or water damage in interior walls and ceilings and repaint as needed, especially in the _____.
_____Clean and disinfect the entire house, including the basement.
_____Remove the (worn) (soiled) carpeting in the _____ and disinfect the floor surfaces.
_____Floors must not have any weak, loose, or decayed sections or boards.  Repair the damaged floor in the _____.
Exterminate the structure for insects and/or rodents.
_____Repair all windows to insure that glass is intact; that windows open and close properly; that windows lock securely; that
glazing putty and weather stripping is present in good condition and is effective; and that every window is equipped with a screen.
_____Repair and/or secure or replace the handrail to the _____ stairs.
_____Install a new smoke detector on the _____ level.
_____Remove the keyed deadbolt on the _____ door and install a thumb-turn device in its place.
_____Bedrooms must be equipped with a minimum of one switched light fixture and two receptacles.  Add an outlet in the
_____ bedroom.  Add a switched light in the _____ bedroom.
_____Repair and/or replace all missing or damaged interior doors, door frames, baseboard or any other wood moldings in the house.
Paint or stain to match existing woodwork.
_____Ensure that all fireplace dampers are intact and that they open and close properly.

## MAXIMUM OCCUPANCY

Bedroom #1 _____                         Other _____
Bedroom #2 _____
Bedroom #3 _____
Bedroom #4 _____                         TOTAL Occupancy _____