PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KENNETH PUND, *et al.*, ) | |
| ) | CASE NO. 1:16cv1076 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CITY OF BEDFORD, OHIO, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

TAKE NOTICE that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("motion") ([ECF No. 4](#)) shall come on for hearing on May 13, 2016, at 9:30 a.m., Courtroom 351, Federal Building - United States Courthouse, 125 Market Street, Youngstown, Ohio.

Defendants shall serve and file a memorandum in opposition to the motion on or before May 10, 2016.

Regardless of whether the motion is to be decided on the affidavits and exhibits or after a full evidentiary hearing, lead counsel of record shall confer with one another in person in order to prepare written stipulations as to all uncontested facts to be presented at the hearing on the motion. Said stipulations shall be filed no later than May 11, 2016.

IT IS SO ORDERED.

| | |
|---|---|
| May 6, 2016 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |