PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH PUND, *et al.*, | ) | |
| | ) | CASE NO. 1:16CV1076 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CITY OF BEDFORD, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** [Resolving ECF No. 37] |

    Pending before the Court is Plaintiffs' Motion to Compel Responses to Plaintiffs' First Set of Discovery Requests to Defendants. ECF No. 37. Although Plaintiffs indicate that they have made a sincere, good faith effort to resolve the matter, the Motion is premature.

    The Motion does not comply with Local Rule 37.1, which provides for a three-step process for resolution of discovery disputes. The first step is a telephone conference. A discovery motion should only be filed after having been solicited by the Court. *See Mohney v. USA Hockey, Inc.*, 5 F. App'x 450, 459–60 (6th Cir. 2001); *Infocision Mgmt. Corp. v. Found. for Moral Law, Inc.*, No. 5:08CV1342, 2009 WL 1661650, at *2 (N.D. Ohio June 15, 2009).

    Plaintiffs' Motion (ECF No. 37) is denied.

    IT IS SO ORDERED.

| | |
|---|---|
|  August 24, 2017 |    */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |