UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH PUND, et al., | ) | CASE NO. 1:16-cv-01076 |
| | ) | |
| Plaintiffs, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | **NOTICE OF SERVICE** |
| | ) | |
| CITY OF BEDFORD, OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Defendant, City of Bedford, by and through undersigned counsel, and hereby gives notice pursuant to Rule 5(1)(c) of the Federal Rules of Civil Procedure that it has served its Responses to Plaintiff Kenneth Pund's First Set of Discovery Requests and Plaintiff Jon Diezic's Separate First Set of Discovery Requests upon Plaintiffs' counsel on this 11th day of September, 2017.

Respectfully submitted,

/s/ Kallen L. Boyer
Kallen L. Boyer (0093608)
R. Eric Smearman (0062132)
**Smith Marshall, LLP**
7251 Engle Road, Suite 404
Middleburg Heights, Ohio 44130
(440) 243-4994   Fax: (440) 243-6598
E-mail:   kld@smithmarshall.com
             res@smithmarshall.com

Attorney for Defendant,
City of Bedford

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2017 the foregoing Notice of Service was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Kallen L. Boyer
Kallen L. Boyer