# "Opt Out" Forms Received by Class Counsel as of December 13, 2018

(Displaying seven class members who have endured 14 otherwise compensable inspections)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH PUND, *et al.* : Case No. 16-CV-1076

    Plaintiffs, : Judge Benita Y. Pearson

v. :

CITY OF BEDFORD, OHIO, *et al.* :

    Defendants. :

## OPT OUT FORM

### Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: Tim and Lana McCartney

Company Name (LLC or otherwise, if applicable): _____

Current Address: 1160 Dover Dr., Medina, OH 44258

Address of property or properties inspected by City of Bedford:

26 Gould Ave.

*(Please provide a separate page listing additional properties if more than six are at issue...)*

Email Address: ltmccartney@outlook.com

Telephone Number: 216-215-0458

Signature: [signed] Lana McCartney    Date: 11/15/18

5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH PUND, *et al.* : Case No. 16-CV-1076
:
Plaintiffs, : Judge Benita Y. Pearson
:
v. :
:
CITY OF BEDFORD, OHIO, *et al.* :
:
Defendants. :

## OPT OUT FORM

### Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: Michael Yalch

Company Name (LLC or otherwise, if applicable): _____

Current Address: 35445 Dewey Ln Eastlake Ohio 44095

Address of property or properties inspected by City of Bedford:

366 Kenyon Ave

*(Please provide a separate page listing additional properties if more than six are at issue…)*

Email Address: DMY93059@yahoo.com

Telephone Number: 440-364-5240

Signature: Michael J. Yalch        Date: 11-20-2018

5

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

KENNETH PUND, *et al.* : Case No. 16-CV-1076
:
    Plaintiffs, : Judge Benita Y. Pearson
:
v. :
:
CITY OF BEDFORD, OHIO, *et al.* :
:
    Defendants. :

## OPT OUT FORM

### Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: __SOHAN S. MANGAT__

Company Name (LLC or otherwise, if applicable): __NONE__

Current Address: __1344 JESSICA CT. TWINSBURG, OH 44087__

Address of property or properties inspected by City of Bedford:

__617 W. GLENDALE ST. BEDFORD 07-10-15__

__45 E. GRACE ST. BEDFORD 10-07-15__

*(Please provide a separate page listing additional properties if more than six are at issue…)*

Email Address: __hchamkaur@yahoo.com__

Telephone Number: __440-289-2001__

Signature: __Sohan S. Mangat__     Date: __11-18-18__

5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH PUND, *et al.* : Case No. 16-CV-1076
:
    Plaintiffs, : Judge Benita Y. Pearson
:
v. :
:
CITY OF BEDFORD, OHIO, *et al.* :
:
    Defendants. :

## OPT OUT FORM

### Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: AKH INVESTMENT LLC

Company Name (LLC or otherwise, if applicable): AKH INVESTMENT LLC

Current Address: 1408 MELISSA CT. TWINSBURG, OH 44087

Address of property or properties inspected by City of Bedford:

16 BROWN LN DOWN 8-3-15

493 BELLE RD 6-26-15

55 PALMETTO AVE 10-7-15

55 PALMETTO AVE 5-26-15

*(Please provide a separate page listing additional properties if more than six are at issue…)*

Email Address: _____

Telephone Number: _____

Signature: _____ Date: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH PUND, *et al.* : Case No. 16-CV-1076
:
    Plaintiffs, : Judge Benita Y. Pearson
:
v. :
:
CITY OF BEDFORD, OHIO, *et al.* :
:
    Defendants. :

## OPT OUT FORM

### Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: __CHAMKAUR S. HANS__

Company Name (LLC or otherwise, if applicable): _____

Current Address: __1408 MELISSA CT - TWINSBURG, OH__

Address of property or properties inspected by City of Bedford:

| | |
|---|---|
| 16 BROWN LN (UP) | 10-16-14 |
| 61 PALMETTO ST (DN) | 10-29-15 |
| 61 PALMETTO ST (UP) | 10-29-15 |

*(Please provide a separate page listing additional properties if more than six are at issue…)*

Email Address: __hchamkaur@yahoo.com__

Telephone Number: __440-289-2000__

Signature: __[signature]__     Date: __11-15-18__

5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH PUND, et al.      :   Case No. 16-CV-1076
                          :
    Plaintiffs,           :   Judge Benita Y. Pearson
                          :
v.                        :
                          :
CITY OF BEDFORD, OHIO, et al.  :
                          :
    Defendants.           :

## OPT OUT FORM

### Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: _Donald E. Petak_

Company Name (LLC or otherwise, if applicable): _____

Current Address: _110 Avalon Dr Bedford, OH 44146_

Address of property or properties inspired by City of Bedford:

_110 Avalon Dr_ _____

_____ _____

_____ _____

*(Please provide a separate page listing additional properties if more than six are at issue…)*

Email Address: _____

Telephone Number: _440-991-7313_

Signature: _Donald E Pet_     Date: _11/16/18_

5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
DEC 06 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| KENNETH PUND, *et al.* | : | Case No. 16-CV-1076 |
| Plaintiffs, | : | Judge Benita Y. Pearson |
| v. | : | |
| CITY OF BEDFORD, OHIO, *et al.* | : | |
| Defendants. | : | |

**OPT OUT FORM**

Due No Later than December 1, 2018

By completing and signing this form, you are certifying that you would like to be excluded from one or both of the classes certified in the above-captioned case.

Name: __City of Bedford / John J. Monrello__

Company Name (LLC or otherwise, if applicable): __City of Bedford__

Current Address: __165 Center Rd.__

Address of property or properties inspected by City of Bedford:

__526 Fl. clC aka 526 Belle ct.__

__725 ~~Lincord~~ Lincoln__

__1616 Woodrow__

*(Please provide a separate page listing additional properties if more than six are at issue...)*

Email Address: __~~JM~~ Jmonrello@BedfordLawyers.com__

Telephone Number: __440-735-6513__

Signature: _____ Date: __11-30-18__

5