STATE OF OHIO              )
                           ) SS.    AFFIDAVIT OF CALVIN E. BEVERLY, JR.
COUNTY OF CUYAHOGA         )

I, Calvin E. Beverly, Jr., having been first duly sworn, depose and state upon my personal knowledge as follows:

1. I am the Building Commissioner for the City of Bedford, and have served in this capacity since July 2013.

2. In my affidavit of November 2, 2017, I stated that Bedford's inspectors perform involve an exterior inspection of properties. Bedford conducts these exterior inspections for both Point of Sale and Rental Inspection Programs.

3. Attached to this affidavit are copies of the City of Bedford's Point of Sale Inspection Checklist (Exhibit A-1) and Rental Inspection Guidelines (Exhibit A-2). Each document describes in detail the areas and items inspectors examine for the exterior of the properties involved.

4. Most, if not all, of the items to be inspected for the exterior of the property are viewed from the public street, sidewalk, public right-of-way, or an adjoining property with permission from that property owner.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CALVIN E. BEVERLY, JR.

SWORN TO BEFORE ME and subscribed in my presence this 14th day of January, 2019.

ROBIN IMBURGIA
Notary Public, State of Ohio
My Commission Expires
February 6, 2023

_____
NOTARY PUBLIC



EXHIBIT A