# Point of Sale Checklist

(Revised July 19th, 2010)

Address: _____    Date: _____

**NOTE**: The water, gas and/or electrical services were off at the time of inspection. A re-inspection at a later date may be required to inspect these items.

**NOTE**: The sidewalks, driveway, yards, porches and/or roofs were covered with snow on the date of the inspection. A re-inspection SHALL BE required to look at these things at a later date.

## REQUIRED MAINTENANCE ITEMS:
_____Remove all trash, rubbish, garbage or debris on property, especially _____.
_____Remove all unused, unlicensed or inoperable motor vehicles.
_____All siding must be present, in good condition and properly painted. Repaint the house or install new, vinyl siding throughout.
_____All wood trims, fascia, and soffits must be properly maintained and painted or covered with aluminum break-metal.
_____All porches must be properly maintained and painted and equipped with handrails if more than 30" high. Make all necessary repairs to the (front) (rear) (side) porch accordingly. Stain/paint the porch assembly.
_____Roofs must be free of holes, deterioration, leaks or missing shingles and be structurally sound. Remove the existing roofing shingles and install a new roof on the dwelling (and adjacent garage). Use Ice and water Shield where required. Make all necessary repairs to the existing roof. Materials used for repairs must match the existing in type, quality and color.
_____Fences must be plumb, structurally sound, free of deterioration, and painted. Repair fence accordingly.
_____Tuck-point the foundation masonry and repaint to match existing.
_____Tuck-point or completely reconstruct (the chimney) (the chimney above the roof line). Repaint to match existing if applicable. Only masonry mortar materials may be used to tuck-point brick masonry (no caulking), and the <u>mortar color must match the existing mortar</u>. Gray mortar MAY NOT be acceptable.

## GARAGE:
_____Scrape and paint the entire garage or install new vinyl siding on garage.
_____Roofs must be free of holes, deterioration or leakage. (Repair) (Completely replace) the garage roof.
_____Exterior walls and trim materials must be painted and in good repair. Scrape and repaint the garage.
_____Scrape and paint or completely replace the overhead door. Repair windows in the overhead door.
_____Replace the overhead door with a new door.

## PARKING LOTS, DRIVEWAYS, SIDEWALKS, AND STAIRS:
_____Replace (the entire drive apron) (the upper half) (the lower half) of the driveway apron. Aprons must be replaced with reinforced concrete in the minimum thickness of 6-inches for residential property and 8-inches for commercial property. Asphalt aprons shall not be approved. NOTE: If the curb is broken or missing, either in whole or in part, in the apron area, then the curb will have to be replaced or repaired along with the apron work. New curb sections must be excavated to a depth of 18-inches and must be dowelled in to adjacent curb sections. Call the Building Department for more direction on this work.
_____Replace _____ squares (approx. ___ square feet) of public sidewalk. Public sidewalk must be constructed of reinforced concrete in the minimum thickness of 4-inches, except in the driveway area the minimum thickness shall be the same thickness as the apron.

## EXTERIOR ITEMS:
_____Clean, repair or replace all gutters and downspouts.
_____All masonry (block, brick, etc. – chimneys, foundations, brick steps, brick fronts, veneers, etc) must be in good, sound condition with no loose or missing brick, block or mortar. Replacement materials, including mortar colors, must match the originals in nature, texture, color and style. Caulking may not be used to replace masonry mortar. Tuck point all masonry accordingly.
_____All windows must be intact, operable, glazing putty in good condition and painted. Replace all missing screens.
_____Replace all obsolete windows with new, energy-efficient replacement windows.
_____Completely remove and reconstruct the (front) (rear) (side) porch with new, weather-resistant materials.

1



_____ All doors must open and close properly. Repair or replace the _____ door accordingly.
_____ All exterior light fixtures must be properly maintained and operate normally.
_____ All exterior receptacles must be GFCI protected and weather-proof.
_____ All stairs/steps must be sound, free of cracked or loose sections and equipped with handrails.
_____ Remove the dead tree, including the stump, [Remove the tree stumps] in the (front) (side) (read) yard.
_____ Repair the damage to the (tree lawn) (front lawn) (rear lawn) using top soil if necessary and seed the area.
_____ Replace the (front) (side) (rear) exterior door and frame with a new door assembly.
_____ Trim all trees, bushes and/or shrubbery on the property, especially _____.
_____ Cut and maintain the grass on a regular interval on this property.
_____ (Remove) (replace) the landscape timbers on the (front) (side) (rear) of the house.

## GENERAL GARAGE ITEMS:
_____ Exterior walls must be free of cracks, holes, damaged or missing siding, damaged or missing trims.
_____ All electrical outlets in walls must be GFCI protected (except freezers).
_____ Electrical wiring in walls must be in conduit or otherwise covered with a wood or drywall panel.
_____ Electrical outlets for overhead door opener must be grounded and within 3'0" from opener.
_____ Floors must be concrete material and be free of serious or misaligned cracks. Replace the garage floor.
_____ Scrape and paint the door, window and/or roof trims on this garage.
_____ Make all necessary repairs to the garage window(s) and related frames and trims.

## PARKING LOTS, DRIVEWAYS, SIDEWALKS, AND STAIRS:
_____ Remove and replace ____ squares (approx. _____ square feet) of driveway concrete. Driveway concrete shall be a minimum of 4-inches in thickness.
_____ All gravel driveways and parking areas shall be paved with asphalt or concrete material (hard surfaced).
_____ Replace _____ squares of (front) (rear) (side) service/entry sidewalk. Service walks shall be a minimum of 4-inches in thickness.
_____ Level _____ squares of public sidewalk. Level _____ squares of (front) (rear) (side) service sidewalk.
_____ Level _____ squares of driveway concrete.
_____ Remove and replace selected areas of broken or deteriorated asphalt drive as directed.
_____ Remove and replace the broken or deteriorated (asphalt drive) (asphalt parking area) as directed.
_____ Replace missing sections of the concrete curb when performing apron repair or replacement.

**NOTE:** Reinforced concrete may be installed with either 6 X 6 #10 welded wire fabric or with fiber mesh.
**NOTE:** Asphalt paving shall be installed in two layers of a minimum thickness of 2 ½ -inches and 1-inch respectively.

## GENERAL ELECTRICAL ITEMS:
_____ The panel must be grounded to the street side of water meter with #4 solid copper wire.
_____ 60 Amp services are no longer approved, nor are segmented boxes. Install a 100-Amp panel and consolidate all other panels/disconnects into the new panel.
_____ Knob and Tube wiring must be in its original condition. Knob and Tube wiring that has been tampered with must be removed and upgraded to non-metallic sheathed cable (Romex).
_____ Any holes in the panel from missing breaker knock-outs, etc. must be plugged with correct appliance.
_____ All wires entering main panel must have the correct connectors.
_____ Breaker and fuses must be the correct size for the gauge of the wiring on each circuit. Fuses cannot be larger than 20amp (#12wire); 15amp (#14 wire) – All knob/tube systems (15amp).
_____ All circuits in the main fuse panel must be identified/labeled on the panel cover or next to breaker/fuses.
_____ All unused or defective electrical fixtures or equipment must be completely removed throughout.
_____ All taps and splices must be enclosed in work box with correct cover.
_____ A bonding jumper wire (#4 solid copper) must be installed from hot to cold and gas line at the hot water tank.
_____ All lights, outlets and switches must operate properly. Electrical devices may not be painted.
_____ Exposed wiring must be properly secured. Wiring in open stud walls is not permitted.
_____ Extension cords are permitted only for temporary uses. Remove cords used as permanent wiring.

\_\_\_\_\_All basement receptacles must be GFCI protected, except sump, laundry, freezer, furnace (they are to be grounded only).

## GENERAL PLUMBING ITEMS:

\_\_\_\_\_Hot water tanks must be equipped with dielectric nipples or unions at water inlets and outlets.

\_\_\_\_\_Hot water tanks must be equipped with T & P relief valve with ¾" copper or galvanized discharge piping terminating 2" – 6" from floor.

\_\_\_\_\_Hot water tanks must be equipped with a listed ¼-turn gas shut-off valve and dirt leg on gas line. Replace the gas valve at the hot water tank. Install a dirt leg on the gas piping to the hot water tank.

\_\_\_\_\_Hot water tanks must be equipped with correct size and gauge exhaust flue piping sealed tightly @ chimney.

\_\_\_\_\_Add a vacuum breaker at <u>all faucets with threaded hose connections</u> such as laundry tub and hose bibs.

## GENERAL HVAC ITEMS:

\_\_\_\_\_Furnace must be clean and in serviceable condition and generally free of rust and corrosion. Have the furnace cleaned and serviced by a qualified technician. <u>Or</u> Replace the furnace with a new appliance.

\_\_\_\_\_Replace the obsolete gas valve at the (furnace) (hot water tank) with the correct ¼-turn gas shut-off valve.

\_\_\_\_\_Install a dirt leg on the gas line to the (furnace) (hot water tank).

\_\_\_\_\_Replace the flue piping at the (furnace) (hot water tank) with the correct size and gauge exhaust flue piping.

\_\_\_\_\_Insure that the flue piping from the furnace and hot water tank is sealed tightly @ chimney.

\_\_\_\_\_The electrical feed wiring to the (furnace) (hot water tank) must be encased in conduit.

## BASEMENT ITEMS:

\_\_\_\_\_Clean and disinfect the basement.

\_\_\_\_\_Install a handrail on the basement stairs.

\_\_\_\_\_A smoke detector is required: Battery type for finished ceiling, or 110 v. type for open joist ceiling.

\_\_\_\_\_The basement floor must be concrete, in good general condition and free of hazards/serious cracks. Repair or replace the basement floor as needed.

\_\_\_\_\_Tuck-point the mortar joints in the basement walls as needed. Repair all wall cracks.

\_\_\_\_\_Walls must be free of moisture, mold, mildew, etc. Find causes of moisture and correct. Disinfect the basement as needed.

\_\_\_\_\_Scrape and paint the basement walls with block-filler paint.

\_\_\_\_\_All basement windows must be weather-tight, free of broken glass, glazing putty in good condition and equipped with working window locks. All wood frames and sash must be free of decay, splits, deflection and properly painted. Make repairs to windows as required.

\_\_\_\_\_Replace the basement windows with new, vented glass block assemblies.

\_\_\_\_\_Replace the basement door to the exterior with a new exterior door assembly.

\_\_\_\_\_Replace the door from the first floor to the basement with a new door/frame assembly.

## KITCHEN ITEMS:

\_\_\_\_\_Flooring must be sanitary and water-tight. Carpeting is not permitted. Install new floor tile in the kitchen.

\_\_\_\_\_GFCI-protected electrical outlets must be present on both sides of the sink. Install an additional outlet on the (left) (right) side of the sink.

\_\_\_\_\_All plumbing fixtures must be in good working condition and free of leaks. Find cause of leaks in the (water) (drain) piping and correct.

\_\_\_\_\_Walls and ceiling surfaces must be free of cracks and properly painted. Patch and paint as needed.

\_\_\_\_\_Clean, repair and disinfect the kitchen cabinets.

\_\_\_\_\_Replace the dilapidated kitchen cabinets.

\_\_\_\_\_Install new flexible gas connectors behind the stove.

\_\_\_\_\_Install a new gas valve on the stove supply line.

\_\_\_\_\_Add GFCI protection to all kitchen countertop outlets.

## BATH ITEMS:

\_\_\_\_\_Bathrooms must be equipped with at least one GFCI outlet. Install an outlet adjacent to the bathroom sink.

\_\_\_\_\_Bathrooms must be equipped with a window or an exhaust fan. Install an exhaust fan.

3

\_\_\_\_Outlets in light fixtures or medicine cabinets must be disconnected.
\_\_\_\_Flooring must be smooth and water-tight. Carpeting is not permitted. Remove the carpeting. Install a new tile floor.
\_\_\_\_Showers and tubs must have water repellant walls. Seal all gaps between tub/floor or tub/wall.
\_\_\_\_Install a new watertight enclosure around the tub & shower unit after making necessary repairs to walls.
\_\_\_\_Repair the tub surround to make it sanitary and water tight.
\_\_\_\_All plumbing fixtures must be in good working order and free of leaks and defects. Repair the leaking water piping/faucets. Repair the leaking drain lines.
\_\_\_\_Wall and ceiling surfaces must be free of cracks and properly painted. Patch and repaint the bathroom walls/ceilings.
\_\_\_\_Re-install the (tub spigot) (tub faucets) to be tight against and flush with the waterproof wall of the tub or shower.
\_\_\_\_Properly install the (lavatory) (tub) drain assembly.

## BATH ITEMS:

\_\_\_\_Bathrooms must be equipped with at least one GFCI outlet. Install an outlet adjacent to the bathroom sink.
\_\_\_\_Bathrooms must be equipped with a window or an exhaust fan. Install an exhaust fan.
\_\_\_\_Outlets in light fixtures or medicine cabinets must be disconnected.
\_\_\_\_Flooring must be smooth and water-tight. Carpeting is not permitted. Remove the carpeting. Install a new tile floor.
\_\_\_\_Showers and tubs must have water repellant walls. Seal all gaps between tub/floor or tub/wall.
\_\_\_\_Install a new watertight enclosure around the tub & shower unit after making necessary repairs to walls.
\_\_\_\_Repair the tub surround to make it sanitary and water tight.
\_\_\_\_All plumbing fixtures must be in good working order and free of leaks and defects. Repair the leaking water piping/faucets. Repair the leaking drain lines.
\_\_\_\_Wall and ceiling surfaces must be free of cracks and properly painted. Patch and repaint the bathroom walls/ceilings.
\_\_\_\_Re-install the (tub spigot) (tub faucets) to be tight against and flush with the waterproof wall of the tub or shower.
\_\_\_\_Properly install the (lavatory) (tub) drain assembly.

## INTERIOR ITEMS:

\_\_\_\_Patch all cracks, holes or water damage in interior walls and ceilings and repaint as needed, especially in the _____.
\_\_\_\_Clean and disinfect the entire house, including the basement.
\_\_\_\_Remove the (worn) (soiled) carpeting in the _____ and disinfect the floor surfaces.
\_\_\_\_Floors must not have any weak, loose, or decayed sections or boards. Repair the damaged floor in the _____.
Exterminate the structure for insects and/or rodents.
\_\_\_\_Repair all windows to insure that glass is intact; that windows open and close properly; that windows lock securely; that glazing putty and weather stripping is present in good condition and is effective; and that every window is equipped with a screen.
\_\_\_\_Repair and/or secure or replace the handrail to the _____ stairs.
\_\_\_\_Install a new smoke detector on the _____ level.
\_\_\_\_Remove the keyed deadbolt on the _____ door and install a thumb-turn device in its place.
\_\_\_\_Bedrooms must be equipped with a minimum of one switched light fixture and two receptacles. Add an outlet in the _____ bedroom. Add a switched light in the _____ bedroom.
\_\_\_\_Repair and/or replace all missing or damaged interior doors, door frames, baseboard or any other wood moldings in the house. Paint or stain to match existing woodwork.
\_\_\_\_Ensure that all fireplace dampers are intact and that they open and close properly.

## MAXIMUM OCCUPANCY

Bedroom #1 _____        Other _____
Bedroom #2 _____
Bedroom #3 _____
Bedroom #4 _____        TOTAL Occupancy _____