# Rental Inspection Checklist

Address: _____   Date: _____

**NOTE:** The water, gas and/or electrical services were off at the time of inspection. A re-inspection at a later date SHALL BE required to inspect these items.

**NOTE:** The sidewalks, driveway, yards, porches and/or roofs were covered with snow on the date of the inspection. A re-inspection SHALL BE required to look at these things at a later date.

## HEALTH/SAFETY ITEMS (Items that need to be done PRIOR to occupancy):

### REQUIRED MAINTENANCE ITEMS:
Remove all trash, rubbish, garbage or debris on property, especially _____.

Remove all unused, unlicensed or inoperable motor vehicles.

All siding must be present, in good condition and properly painted. Make all necessary repairs.

All wood trims, fascia, and soffits must be properly maintained and painted or covered with aluminum break-metal.

All porches must be properly maintained and painted and equipped with handrails if more than 30" high. Make all necessary repairs to the (front) (rear) (side) porch accordingly.

Roofs must be free of holes, deterioration, leaks or missing shingles and be structurally sound. Make all necessary repairs to the existing roof. Materials used for repairs must match the existing in type, quality and color. A maximum of two layers of roofing are permitted on the roof.

Fences must be plumb, structurally sound, free of deterioration, and painted. Repair fence accordingly.

Install address numbers on the premises. Numbers shall be 4-inch high block numbers and be of a color contrasting to the substrate onto which they are being installed.

Scrape and paint house or install vinyl siding.

### GARAGE EXTERIOR:
Scrape and paint the garage where needed with matching paint or install vinyl siding.

Roofs must be free of holes, deterioration or leakage. (Repair) (Completely replace) the garage roof.

Exterior walls and trim materials must be painted and in good repair. Scrape and repaint with matching materials as needed.

Make necessary repairs to the overhead door and repaint as needed.

### PARKING LOTS, DRIVEWAYS, SIDEWALKS, AND STAIRS:

1


EXHIBIT A-2

Replace _____ squares (approx. _____ square feet) of public sidewalk that has been deemed to be hazardous as herein described. Public sidewalk must be constructed of reinforced concrete in the minimum thickness of 4-inches, exception the driveway area the minimum thickness shall be the same thickness as the apron.

Remove and replace portions of concrete or asphalt drives as described to eliminate the associated hazards.

> **NOTE:** Reinforced concrete may be installed with either 6 X 6 #10 welded wire fabric or with fiber mesh.
> **NOTE:** Asphalt paving shall be installed in two layers of a minimum thickness of 2 ½ -inches and 1-inch respectively.

## EXTERIOR ITEMS:
All windows must be intact, operable, glazing putty in good condition and painted. Replace all missing screens.

All doors must open and close properly. Repair or replace the _____ door accordingly.

All exterior light fixtures must be properly maintained and operate normally.

All exterior receptacles must be GFCI protected and weather-proof.

All stairs/steps must be sound, free of cracked or loose sections and equipped with handrails.

Replace the (front) (side) (rear) exterior door and frame with a new door assembly.

Trim all trees, bushes and/or shrubbery on the property, especially _____.

Cut and maintain the grass on a regular interval on this property.

Clean, Repair or Replace all damaged/missing gutter & downspouts on the house and garage.

Divert downspouts a minimum of 3foot away from the structure, so not to cause a nuisance.

## GENERAL GARAGE ITEMS:
All electrical outlets in walls must be GFCI protected (except freezers).

Electrical wiring in walls must be in conduit or otherwise covered with a wood or drywall panel.

Electrical outlets for overhead door opener must be grounded and within 3'0" from opener.

Floors must be concrete material and be free of serious or misaligned cracks. Replace the garage floor.

Scrape and paint the door, window and/or roof trim.

Make all necessary repairs to the garage window(s) and related frames and trims.

Electrical wiring and devices must be free of hazards, damage or missing parts.
## GENERAL ELECTRICAL ITEMS:
Breakers and fuses must be the correct size for the gauge of the wiring on each circuit. Fuses cannot be larger than 20amp (#12wire) or 15amp (#14 wire) – All knob & tube systems must be (15amp).

2

All circuits in the fuse box or loadcenter must be identified /labeled on the panel cover or next to breaker/fuses.

All unused or defective electrical fixtures or equipment must be completely removed throughout.

All lights, outlets and switches must operate properly. Electrical devices may not be painted.

Exposed wiring must be properly secured. Wiring in open stud walls is not permitted.

Extension cords are permitted only for temporary uses. Remove cords used as permanent wiring.

All receptacles in unfinished basements must be GFCI protected, except sump, laundry, freezer, (They are to be grounded only).

Replace all damaged / missing receptacles, switches, or device covers throughout.

Replace all receptacles with open ground with ungrounded devices.

## GENERAL PLUMBING ITEMS:
Hot water tanks must be equipped with T & P relief valve with ¾" copper or galvanized discharge piping terminating (2) to (6) inches above the floor.

Hot water tanks must be equipped with a listed ¼-turn gas shut-off valve and dirt leg on gas line. Replace the gas valve at the hot water tank. Install a dirt leg on the gas piping to the hot water tank.

Hot water tanks must be equipped with correct size and gauge exhaust flue piping sealed tightly @ chimney.

Add a vacuum breaker at <u>all faucets with threaded hose connections</u> such as laundry tub and hose bibs.

## GENERAL HVAC ITEMS:
Furnace must be clean and in serviceable condition and generally free of rust and corrosion. Have the furnace cleaned and serviced by a qualified technician.

Replace the obsolete gas valve at the (furnace) (hot water tank) with the correct ¼-turn gas shut-off valve.

Replace the flue piping at the (furnace) (hot water tank) with the correct size and gauge exhaust flue piping.

Insure that the flue piping from the furnace and hot water tank is sealed tightly @ chimney.

## BASEMENT ITEMS:
Clean and disinfect the basement.

Install a handrail on the basement stairs.

A smoke detector is required: Battery type for finished ceiling, or 120 volt for open joist ceiling.

Walls must be free of moisture, mold, mildew, etc. Find causes of moisture and correct. Disinfect the basement as needed.

All basement windows must be weather-tight, free of broken glass, glazing putty in good condition and equipped with working window locks. All wood frames and sash must be free of decay, splits, deflection and properly painted. Make repairs to windows as required.

Remove any existing incinerators which may be present in the house or basement. Plug or cap any related wiring or piping.

## KITCHEN ITEMS:

Flooring must be sanitary. Clean the kitchen flooring or install new floor tile in the kitchen.

GFCI-protected electrical outlets must be present on both sides of the sink. Install an additional outlet on the (left) (right) side of the sink.

All plumbing fixtures must be in good working condition and free of leaks. Find cause of leaks in the (water) (drain) piping and correct.

Walls and ceiling surfaces must be free of cracks and properly painted. Patch and paint as needed.

Clean, repair and disinfect the kitchen cabinets.

Install new flexible gas appliance connector behind the stove.

Install a new ¼ turn gas valve on the range supply line.

All kitchen countertop receptacles must be GFCI protected.

Install new p-trap and air admittance valve under sink.

## BATH ITEMS: (Bath #1)

Bathrooms must be equipped with at least one GFCI outlet. Install an outlet adjacent to the bathroom sink.

Outlets in light fixtures or medicine cabinets must be disconnected.

Flooring must be smooth and water-tight. Carpeting is not permitted. Remove the carpeting. Install a new tile floor.

Showers and tubs must have water repellant walls. Seal all gaps between tub/floor and tub/wall.

Install a new watertight enclosure around the tub & shower unit after making necessary repairs to walls.

Repair the tub surround to make it sanitary and water tight.
All plumbing fixtures must be in good working order and free of leaks and defects. Repair the leaking water piping/faucets. Repair the leaking drain lines and/or traps.

Wall and ceiling surfaces must be free of cracks and properly painted. Patch and repaint the bathroom walls/ceilings.

Install new p-trap and air admittance valve under sink.

Caulk around base of water closet, caulk around sink backsplash, install water closet bowl caps.

## BATH ITEMS: (Bath #2)
Bathrooms must be equipped with at least one GFCI outlet. Install an outlet adjacent to the bathroom sink.

Bathrooms must be equipped with a window or an exhaust fan. Install an exhaust fan.

Outlets in light fixtures or medicine cabinets must be disconnected.

Flooring must be smooth and water-tight. Carpeting is not permitted. Remove the carpeting. Install a new tile floor.

Showers and tubs must have water repellant walls. Seal all gaps between tub/floor or tub/wall.

Install a new watertight enclosure around the tub & shower unit after making necessary repairs to walls.

Repair the tub surround to make it sanitary and water tight.

All plumbing fixtures must be in good working order and free of leaks and defects. Repair the leaking water piping/faucets. Repair the leaking drain lines and/or traps.

Wall and ceiling surfaces must be free of cracks and properly painted. Patch and repaint the bathroom walls/ceilings.

Caulk around base of water closet, caulk around sink backsplash, and install water closet bowl caps.

## INTERIOR ITEMS:
Patch all minor cracks and holes in interior walls and ceilings and repaint as needed.

Clean and disinfect the house and basement as needed.

Remove the (worn) (soiled) carpeting in the _____ and disinfect the floor surfaces.

Exterminate the structure for insects and/or rodents.

Repair and/or secure or replace the handrail to the _____ stairs.

Install a new smoke detector on the _____ level.

Remove the keyed deadbolt on the _____ door and install a thumb-turn device in its place.
Repair and/or replace all missing or damaged interior doors, door frames, baseboard or any other wood moldings in the house. Paint or stain to match existing woodwork.

## MAXIMUM OCCUPANCY
Bedroom #1 _____         Other _____
Bedroom #2 _____
Bedroom #3 _____
Bedroom #4 _____         TOTAL Occupancy _____

5